Richard J. Daley, Mayor and Local Liquor Control Commissioner of the City of Chicago, Plaintiff-Appellant, v. Robert Johnson, Licensee, and the License Appeal Commission of the City of Chicago, A. L. Cronin, Chairman, Defendants-Appellees.

Gen. No. 52,064. (Abstract of Decision.)

First District, Second Division.

November 17, 1967.

Raymond F. Simon, Corporation Counsel, of Chicago (Sydney R. Drebin, Marvin E. Aspen and Joseph N. Lascaro, Assistant Corporation Counsel, of counsel), for appellant; Thomas J. Finnegan and Melvin D. Kanter, of Chicago, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.